UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS O'DONNELL, TRUSTEE, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:05-CV-1206-DFH-VSS |
| | ) |
| MERRILL-STONE-WEBB ELECTRIC, INC., | ) |
| | ) |
| Defendant. | ) |

## **DEFAULT JUDGMENT**

Defendant Merrill-Stone-Webb Electric, Inc. having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $8,270.86 for delinquent contributions, liquidated damages in the sum of $518.59 and the attorneys for the Plaintiffs being entitled to a reasonable attorney fee and costs of $967.50 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover the sum of $8,789.45 and their attorney fees, expenses and costs in the amount of $967.50, for a total judgment in the amount of $9,756.95.

Dated this 19th day of December, 2005.

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
fdennerline@fdgtlaborlaw.com

Merrill-Stone-Webb Electric, Inc.
c/o James Webb
1882 S. County Road 1050 East
Indianapolis, IN 46231

p/713/jlb